Frank Fiorite, appellee, v. Equity Printing & Typesetting Company, appellant. Gen No. 30,861.

Creditor's bill. Interlocutory order restraining defendant from disposing of certain assets. Appeal from interlocutory order of the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Harold O. Mulks, for appellant. Langille & Stalling, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

J. E. Burleson, appellee, v. Mikesell Brothers Company, appellant. Gen. No. 30,207.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 29, 1926.

Leslie H. Whipp, for appellant. Church, Ogden & Traxler, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Otto A. Sommer, defendant in error, v. A. J. Zech and John H. Oman, plaintiffs in error. Gen. No. 30,241.

Trespass for assault upon the person. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

A. G. Dicus, for A. J. Zech, plaintiff in error. William C. McHenry and James A. Daley, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

Charles Tirrell and Robert Erickson, trading as Garden Service Bureau, appellants, v. Admiral Hotel Company, appellee. Gen. No. 30,327.

Action to recover compensation for services. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

West & Eckhart, for appellants; Frank P. Breckinridge, of counsel. Alexander H. Marshall, for appellee; Frank G. Marshall, of counsel.

Mr. Justice Johnston delivered the opinion of the court.